AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Edward L. Cross, | ) |
| *Petitioner* | ) |
| v. | ) |
| Stevenson, Warden of Broad River Corr. Inst., | ) |
| *Respondent* | ) |

Civil Action No.     1:14-cv-03211-RBH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____

dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of

____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

_____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Edward L. Cross, shall take nothing of the respondent, Stevenson, as to the petition

filed pursuant to 28 U.S.C. §2254 and this action is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, adopting the Report
and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which
recommended dismissing the petition without prejudice.


Date:  October 29, 2014                    *ROBIN L. BLUME, CLERK OF COURT*


s/A. Buckingham

_____
*Signature of Clerk or Deputy Clerk*